# ALABAMA COURT OF CRIMINAL APPEALS



October 31, 2025

**CR-2024-0103**

Jonathan Fitzgerald Lockett v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-347, CC-21-377, CC-21-378, CC-21-1004, CC-21-1005, CC-21-1006, CC-21-1331, CC-21-1332, CC-21-1466, CC-21-1467, and CC-21-1468).

## <u>NOTICE</u>

You are hereby notified that on October 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk